

**FILED**

JUL 0 2 2018



CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **INFORMATION** |
| Plaintiff, | § | |
| v. | § | Cause Number: MO:18-CR-168 |
| | § | |
| JAMES MITCHELL EHL, | § | **Count One**: Title 18 U.S.C. § 922(m); |
| Defendant. | § | Making False Entry or Failure to Make |
| | § | Entry in Records by Federal Firearms Dealer |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
(Title 18 U.S.C. § 922(m))

On or about December 31, 2015, in the Western District of Texas and elsewhere, the defendant,

**JAMES MITCHELL EHL,**

a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to make an appropriate entry in and failed to maintain a record the defendant was required to keep pursuant to Section 923(g)(3)(A) of Title 18, United States Code; in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
WILLIAM F. LEWIS, JR.
Assistant United States Attorney